**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**
MDD_SAGchambers@mdd.uscourts.gov

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**

April 21, 2023

LETTER ORDER

    Re: <u>U.S.A. v. Supreme Jones</u>
         Criminal Case No. SAG-22-0225

Dear Counsel:

    This is to confirm the trial schedule that has been set in this case.

    A 3–4-day jury trial has been scheduled for **November 6, 2023** at **9:30 a.m.** Joint voir dire, a proposed verdict sheet, and the government's jury instructions (with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine are due **October 6, 2023**. A pretrial conference has been set for **October 30, 2023** at **9:30 a.m**. in courtroom 7C.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                             Sincerely yours,

                                             /s/

                                             Stephanie A. Gallagher
                                             United States District Judge