IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | . | |
| v. | . | Criminal No. SAG-22-225 |
| **SUPREME JONES** | . | |

## MOTION FOR PASSPORT RETURN FOLLOWING SENTENCING

Mr. Supreme Jones, by his undersigned counsel, hereby moves this Honorable Court to order the release of his passport at the conclusion of the plea and sentencing hearing. In support of this motion, Mr. Jones states as follows:

1. Mr. Jones is scheduled for a re-arraignment and sentencing on October 30, 2023, at 10:00 a.m. He is traveling from Atlanta, Georgia for the hearing.

2. Following the initial appearance, Mr. Jones surrendered his passport to the Clerk's Office for the United States District Court for the District of Maryland.

3. Since Mr. Jones will already be in the courthouse for Monday's scheduled proceedings, he is requesting the same day return of his passport.

4. In counsel's experience, the Clerk's Office requires a court order for passport release.

WHEREFORE, Mr. Jones respectfully requests that the Court order the release of his passport at the conclusion of the plea and sentencing proceeding. A proposed order is attached.

Respectfully submitted,

_____/s/_____
SEDIRA S. BANAN (#804827)
Assistant Federal Public Defender
Office of the Federal Public Defender
Tower II – 9th Floor
100 South Charles Street
Baltimore, Maryland 21201

1

(410) 962-3962 (t)  
(410) 962-0872 (f)  
Sedira_Banan@fd.org

2